# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THE UNITED STATES OF AMERICA,
 for the use and benefit of
HONEYWELL, INC.,

       Plaintiff,

       Case No. 3:00-cv-496

       District Judge Thomas M. Rose
-vs-       Chief Magistrate Judge Michael R. Merz

AMERICAN TELECOM CORPORATION,

       Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 9, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this action be dismissed without prejudice for want of prosecution.

March 12, 2007       **s/THOMAS M. ROSE**
       JUDGE THOMAS M. ROSE
       UNITED STATES DISTRICT COURT